IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEE W. STRUCK, and CHRISTOPHER B. KUSSEROW, on behalf of themselves and others similarly situated, | CIVIL ACTION |
| Plaintiffs, | NO: 2:11 cv 982 |
| v. | JUDGE MARBLEY<br>MAGISTRATE JUDGE KEMP |
| PNC BANK, N. A., | |
| Defendant. | |

## NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Forms for the following persons:

David Braucher
Casey Casperson
Eric Depp
Robyn French
Patricia Siemer

Date: December 29, 2011

Respectfully,

/s/Matthew R. Wilson
David P. Meyer, Esq. (0065205)
Matthew R. Wilson, Esq. (0072925)
Bridget M. Wasson, Esq. (0084457)
Meyer Wilson Co., LPA
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
dmeyer@meyerwilson.com
mwilson@meyerwilson.com
*Trial Attorney for Plaintiffs*

Jami S. Oliver (0061738)
Oliver Law Offices, Inc.
132 Northwoods Blvd., Ste. B
Columbus, OH 43235
Phone: (614) 220-9100
Fax: (866) 318-4580
Email: joliver@jamioliver.com
*Co-Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2011 the foregoing Notice of Consent Filing was filed via CM/ECF and that notice of this filing will be electronically delivered upon the following counsel of record:

Andrew C. Smith
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008

John R. Richards
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601

Steven R. Wall
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103

Sarah E. Bouchard
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103

Date: December 29, 2011                                MEYER WILSON CO., LPA

                                                       */s/ Matthew R. Wilson*

                                                       Attorney for Plaintiffs