IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LEE W. STRUCK, and CHRISTOPHER B. KUSSEROW, on behalf of themselves and others similarly situated, | : : : : CIVIL ACTION : |
| Plaintiffs, | : NO: 2:11-cv-982 : |
| v. | : JUDGE MARBLEY : MAGISTRATE JUDGE KING |
| PNC BANK, N. A., | : : |
| Defendant. | : : |

## NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Forms for the following persons:

Eddie Fernandez
John Hammons
Donna Ruggio

Date: January 12, 2012           **NICHOLS KASTER, PLLP**

/s/ Timothy C. Selander_____
Paul J. Lukas, MN Bar No. 22084X*
Timothy C. Selander, MN Bar No. 0387016*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
Email: lukas@nka.com
         selander@nka.com

*admitted pro hac vice*

**MEYER WILSON CO., LPA**
David P. Meyer, Esq. OH Bar No. 0065205
Matthew R. Wilson, Esq. OH Bar No. 0072925
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
Email:  dmeyer@meyerwilson.com
       mwilson@meyerwilson.com


**OLIVER LAW OFFICES, INC.**
Jami S. Oliver, OH Bar No. 0061738
132 Northwoods Blvd., Ste. B
Columbus, OH 43235
Telephone: (614) 220-9100
Facsimile: (866) 318-4580
Email:  joliver@jamioliver.com


ATTORNEYS FOR PLAINTIFFS

# PNC BANK
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, PNC Bank, N.A. ("PNC Bank") to recover overtime pay.

2. During the past three years, there were weeks in which I worked more than 40 hours as a mortgage loan officer (or related job title) for PNC Bank and did not receive proper compensation for my hours worked, including overtime pay.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 1/7/2012

Signature

EDDIE FERNANDEZ
Print Name

REDACTED

# PNC BANK
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, PNC Bank, N.A. ("PNC Bank") to recover overtime pay.

2. During the past three years, there were weeks in which I worked more than 40 hours as a mortgage loan officer (or related job title) for PNC Bank and did not receive proper compensation for my hours worked, including overtime pay.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 1-10-12

Signature

John C. Hammons
Print Name

REDACTED

# PNC BANK
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, PNC Bank, N.A. ("PNC Bank") to recover overtime pay.

2. During the past three years, there were weeks in which I worked more than 40 hours as a mortgage loan officer (or related job title) for PNC Bank and did not receive proper compensation for my hours worked, including overtime pay.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 1-6-12

Signature: *Donna M. Ruggio*

Print Name: DONNA M. RUGGIO

REDACTED

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2012 the foregoing Notice of Consent Filing was filed via CM/ECF and that notice of this filing will be electronically delivered upon the following counsel of record:

Andrew C. Smith
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008

John R. Richards
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601

Steven R. Wall
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103

Sarah E. Bouchard
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103

Date: January 12, 2012                    **NICHOLS KASTER, PLLP**

/s/ Timothy C. Selander
Timothy C. Selander, MN Bar No. 0387016*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
Email: selander@nka.com

*admitted pro hac vice*