UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

# N O T I C E

**Lee W. Struck, et al.,**

    vs                                                Case Number C-2-**11-cv-982**
                                                          Judge **Marbley**

**PNC Bank, N.A.,**

                                                          Magistrate Judge **King**

**[X]**    TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:    Joseph P. Kinneary                     Date and Time
            U.S. Courthouse
            85 Marconi Boulevard, Rm 235
            Columbus, Ohio 43215                 **March 7, 2012 @ 2:30 pm**

Type of Proceeding:    **<u>Preliminary Pretrial Conference</u>**

---

TELEPHONE CONFERENCE: Any party may request that the conference be held by telephone on the following conditions:
1. that party must initiate the conference call;
2. all parties must be given the opportunity to participate by telephone;
3. approval **(For phone conference call (614) 719-3390)**
4. approval must be obtained from the courtroom deputy.

---

**IMPORTANT: YOU MUST HOLD A CONFERENCE OF THE PARTIES AT LEAST 21 DAYS BEFORE THE PRETRIAL AND FILE A REPORT OF THE PARTIES WITH THE COURT BY THE CLOSE OF BUSINESS 7 DAYS PRIOR TO THE PRETRIAL CONFERENCE.**

ATTENDANCE OF PARTIES: Parties or principals are welcome, but not required, to attend the conference. If a party intends to attend the conference, opposing counsel must be advised at least three days prior to the conference.

                                                Norah McCann King
                                                United States Magistrate Judge

                                                /s/ Karen J. Mitchell
Date: January 13, 2012                      (By) Karen J. Mitchell/Courtroom Deputy
                                              (614) 719-3026

To:
        Counsel of record

        **Please call Karen J. Mitchell (614) 719-3026 if any counsel or party has been omitted.**