IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| | : | |
| LEE W. STRUCK, and CHRISTOPHER B. KUSSEROW, on behalf of themselves and others similarly situated, | : : : | |
| | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO: 2:11-cv-982 |
| | : | |
| v. | : : | JUDGE MARBLEY MAGISTRATE JUDGE KING |
| PNC BANK, N. A., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the

attached Consent Forms for the following persons:

    Edward Claus
    Kristi Deutsch


Date: January 13, 2012                       **NICHOLS KASTER, PLLP**

                                        /s/ Timothy C. Selander_____
                                        Paul J. Lukas, MN Bar No. 22084X*
                                        Timothy C. Selander, MN Bar No. 0387016*
                                        4600 IDS Center, 80 South 8th Street
                                        Minneapolis, MN 55402
                                        Telephone: (612) 256-3200
                                        Facsimile: (612) 215-6870
                                        Email: lukas@nka.com
                                                    selander@nka.com

                                        *admitted pro hac vice*

                                        **MEYER WILSON CO., LPA**
                                        David P. Meyer, Esq. OH Bar No. 0065205
                                        Matthew R. Wilson, Esq. OH Bar No. 0072925
                                        1320 Dublin Road, Suite 100

Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066
Email: dmeyer@meyerwilson.com
    mwilson@meyerwilson.com


**OLIVER LAW OFFICES, INC.**
Jami S. Oliver, OH Bar No. 0061738
132 Northwoods Blvd., Ste. B
Columbus, OH 43235
Telephone: (614) 220-9100
Facsimile: (866) 318-4580
Email:  joliver@jamioliver.com


ATTORNEYS FOR PLAINTIFFS

# PNC BANK
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, PNC Bank, N.A. ("PNC Bank") to recover overtime pay.

2. During the past three years, there were weeks in which I worked more than 40 hours as a mortgage loan officer (or related job title) for PNC Bank and did not receive proper compensation for my hours worked, including overtime pay.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: __1/10/12__

_____
Signature

_Edward Claes_
Print Name

REDACTED

Return this form by
fax, email or mail to:

Nichols Kaster, PLLP, Attn: Tim C. Selander
Fax: (612) 215-6870
Email: selander@nka.com
Address: 4600 IDS Center, 80 S. 8th St., Minneapolis, MN 55402
Web: www.nka.com

REDACTED

# PNC BANK
# PLAINTIFF CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. against my current/former employer, PNC Bank, N.A. ("PNC Bank") to recover overtime pay.

2. During the past three years, there were weeks in which I worked more than 40 hours as a mortgage loan officer (or related job title) for PNC Bank and did not receive proper compensation for my hours worked, including overtime pay.

3. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims.

4. I understand that I may withdraw my consent to proceed with my claims at any time by notifying the attorneys handling the matter.

Date: 1/5/12

Signature

Kristi Deutser
Print Name

REDACTED

Return this form by fax, email or mail to:

Jami S. Oliver, Esq./ OLIVER LAW OFFICE
Fax: (866) 318-4580
Email: joliver@jamioliver.com
Address: 132 Northwoods Blvd., Ste. B, Columbus OH 43235
Web: www.jamioliver.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2012 the foregoing Notice of Consent Filing was filed

via CM/ECF and that notice of this filing will be electronically delivered upon the following

counsel of record:

Andrew C. Smith
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008

John R. Richards
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601

Steven R. Wall
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103

Sarah E. Bouchard
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103

Date: January 13, 2012                **NICHOLS KASTER, PLLP**

                                     /s/ Timothy C. Selander_____
                                     Timothy C. Selander, MN Bar No. 0387016*
                                     4600 IDS Center, 80 South 8th Street
                                     Minneapolis, MN 55402
                                     Telephone: (612) 256-3200
                                     Facsimile: (612) 215-6870
                                     Email: selander@nka.com

                                     *admitted pro hac vice

3