IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LEE W. STRUCK,** *et al.***,**

    **Plaintiffs,**

  v.                          **Civil Action 2:11-CV-982**
                                  **Judge Marbley**
                                  **Magistrate Judge King**

**PNC BANK, N.A.,**

    **Defendant.**

## ORDER

The Court conferred with counsel for the parties on March 14, 2013.

The parties have agreed to private mediation, currently scheduled to take place on June 18, 2013.[1] The parties ask that the continued preliminary pretrial conference, and the setting of a firm pretrial schedule, await that the outcome of that mediation.

The Court will conduct a continued preliminary pretrial conference on July 16, 2013, at 2:00 p.m. The conference may proceed by telephone. The parties should be prepared to discuss a firm pretrial schedule at that time.

March 14, 2013                                      *s/Norah McCann King*
                                                    Norah M<sup>c</sup>Cann King
                                           United States Magistrate Judge

---

[1] The mediation may have to be rescheduled if the issue of notice to the class remains unresolved. See *Notice*, Doc. No. 83; *Motion to Clarify*, Doc. No. 84.