IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LEE W. STRUCK,** *et al.*,

    **Plaintiffs,**

  v.                                **Civil Action 2:11-CV-982**
                                                    **Judge Marbley**
                                                    **Magistrate Judge King**

**PNC BANK, N.A.,**

    **Defendant.**

### ORDER

The Court conferred with counsel for the parties, by telephone, on July 16, 2013.

Private mediation has resulted in agreement on all material terms of settlement. The parties are in the process of drafting a stipulated settlement agreement.

By approximately July 26, 2013, plaintiffs will file an amended complaint (which will add state law claims and class allegations), and the parties will jointly file a motion for preliminary approval of terms of settlement and for preliminary approval of a settlement class (or classes) under Fed. R. Civ. P. 23(b)(3). The parties will also propose a schedule, which they expect will require approximately 90 days from the date of approval to the date of a fairness hearing. The parties will also submit proposed orders for the Court's consideration.

July 16, 2013                                                            *s/Norah McCann King*
                                                                         Norah M<sup>c</sup>Cann King
                                                            United States Magistrate Judge